UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

UNITED STATES OF AMERICA

v.

DANIEL STADELMAN,

Defendant.

6:14-cr-00336-AA

ORDER TO DEPOSIT FUNDS

Upon motion of the United States, the Court being advised as to the nature of this case, and there being no objection by the parties,

1. The Clerk is directed to accept defendant Stadelman's cashier's check, made payable to the Clerk, U.S. District Court - Oregon, in the amount of **$20,000.00**, and to deposit these monies into the Court Treasury Registry, on behalf of defendant Stadelman to be held for restitution due and owing, until further order from this Court pending the judgment of conviction and restitution order.

2. Counsel presenting this Order must serve a copy personally on the Clerk of the Court and on the Clerk's Financial Administrator, before the Clerk will take any action on this Order.

3. The Clerk of the United States District Court for the District of Oregon is absolved of any liability by compliance with this Order.

4. It shall be counsel's responsibility to confirm any action required by the Order to be performed by the Clerk or her designee.

IT IS SO ORDERED this 5 day of March, 2015.

_____
THE HONORABLE ANN AIKEN
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

S. AMANDA MARSHALL, OSB #953473
United States Attorney
District of Oregon

_____
Pamala R. Holsinger, OSB #892638
Chief, Criminal Division

For Court Use Only:

**APPROVED AS TO FORM**

Mary L. Moran, Clerk of Court

_____
By: Financial Administrator