IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 6:14-CR-00336 AA |
| v. | ORDER FOR WITHDRAWAL AND DISBURSEMENT OF REGISTRY FUNDS |
| DANIEL JOSEPH STADELMAN, | |
| Defendant. | |

Upon the motion of the United States for withdrawal and disbursement of registry funds, and in accordance with the Judgment entered June 24, 2015, the total funds in the amount of $90,000.00, deposited with the Court pursuant to the Order to Deposit Funds (docket #12), shall be transferred to restitution to be disbursed to the victim(s) as ordered in the Judgment in this case.

IT IS SO ORDERED this ____9th____ day of July, 2015.

_____
THE HONORABLE ANN AIKEN
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

BILLY J. WILLIAMS, OSB #901366
Acting United States Attorney
____/s/_____
KATHLEEN L. BICKERS, OSB #85151
Assistant United States Attorney

FOR COURT USE ONLY

APPROVED AS TO FORM:

MARY MORAN, Clerk of Court

_____
By: Financial Administrator